1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  JENNIFER L. YAZDI (SBN 301868)
   jyazdi@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6

7  Attorneys for Defendant
   Chex Systems, Inc. (erroneously sued as "Chexsystems")

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  CAROL ODINMA,                    )  CASE NO.: 3:15-cv-05592
                                     )
13            Plaintiff,             )
                                     )  **NOTICE OF REMOVAL**
14                                   )
                                     )
15        vs.                        )
                                     )
16                                   )
    JP MORGAN CHASE BANK, N.A.,      )
17  CHEXSYSTEMS, and DOES 1-100,     )
                                     )
18            Defendant.             )
                                     )
19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Chex Systems, Inc. (erroneously sued as "Chexsystems") ("Defendant") hereby removes to this Court the state court action described below.

1.     On June 24, 2015, a complaint was filed against Defendant by plaintiff Carol Odinma ("Plaintiff"), in an action pending in Superior Court of the State of California in and for the County of Alameda, entitled *Carol Odinma vs. JP Morgan Chase Bank, N.A., ChexSystems*, Case No. RG15775378.  A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2.  On October 9, 2015, Plaintiff filed a First Amended Complaint.  A copy of the First Amended Complaint ("FAC") and other documents that were served on Defendant are attached hereto as **Exhibit B**.

2.     This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was not served with the Complaint and was served with the FAC on November 9, 2015, as reflected on the Service of Process transmittal that is attached hereto as **Exhibit C**.

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), because the FAC asserts claims against Defendant arising under, 15 U.S.C. §§ 1681, *et seq*. (the "Fair Credit Reporting Act"), 28 U.S.C. §§ 1692, *et seq*. (the "Fair Debt Collection Practices Act"), and 15 U.S.C. §§ 6801(a).  *See* Ex. A, ¶¶ 57-64, and 66.

4.     As the FAC was filed in the Superior Court of the State of California, County of Alameda, venue in this District Court is proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(b) (The Northern District comprises the counties of, inter alia, Alameda).

1    5.    Defendant is represented by the undersigned.

2    6.    Defendant JP Morgan Chase Bank, N.A. consents to removal of this

3 action.  A true and correct copy of the consent form is attached hereto as **Exhibit D.**

4    7.    Attached hereto as **Exhibits E through O** are true and correct copies of

5 Complaint Civil Cover Sheet, Complaint, Summons on Complaint, Notice of

6 Assignment to Judge For All Purposes, Initial Case Management Conference, First

7 Amended Complaint, Case Management Statement of Carol Odinma, Proof of

8 Service of Summons for Complaint, Case Management Order, Doe Amendment of

9 Complaint, and Proof of Service of Summons for First Amended Complaint,

10 respectively, which were filed in the Superior Court of the State of California in and

11 for the County of Alameda, in the action entitled *Carol Odinma vs. JP Morgan*

12 *Chase Bank, N.A., ChexSystems*, Case No. RG15775378.

13

14 DATED: December 8, 2015          SIMMONDS & NARITA LLP
                                     JEFFREY A. TOPOR
15                                   JENNIFER L. YAZDI

16

17
                                 By:   /s/Jennifer Yazdi
18                                     Jennifer L. Yazdi
                                       Attorneys for Defendant
19                                     Chex Systems, Inc.
                                       (erroneously sued as "Chexsystems")
20

21

22

23

24

25

26

27

28