**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROL ODINMA,**<br>    Plaintiff,<br>vs.<br>**JP MORGAN CHASE BANK, N.A.,** *et al.*,<br>    Defendants. | Case No.: 15-CV-5592 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from February 1, 2016 to **Monday, February 29, 2016** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**