**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROL ODINMA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**JP MORGAN CHASE BANK, N.A.,** *et al.***,**<br><br>    Defendants. | Case No.: 15-CV-5592 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands that the above-captioned case has settled fully. (*See* Dkt. No. 34.) Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, June 24, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By no later than June 17, 2016, the parties shall file either (a) a stipulation of dismissal with prejudice; or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 11, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**