**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE (415) 281-2101
FACSIMILE (415) 281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants JPMorgan Chase Bank, N.A. and Chex Systems, Inc.

*GRANTED*
Judge Yvonne Gonzalez Rogers
6/16/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL ODINMA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JP MORGAN CHASE BANK, N.A., CHEXSYSTEMS, and DOES 1-100,<br><br>　　　　Defendants. | CASE No. 4:15-cv-05592-YGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  Plaintiff Carol Odinma and defendants JPMorgan Chase Bank, N.A. and Chex Systems,
2  Inc., by and through their respective undersigned counsels, hereby stipulate that this matter be
3  dismissed with prejudice, except that the Court shall retain jurisdiction to enforce the terms of the
4  settlement agreed to by the parties on May 10, 2016.
5  The parties agree that each party shall bear her/its own costs and attorneys' fees associated
6  with this matter.
7  IT IS SO STIPULATED.

9  DATED: May 20, 2016        EMEZIEM & OTHERS

11                              By: _____
12                                  Kelechi C. Emeziem
                                    Attorneys for Plaintiff Carol Odinma

14  DATED: May 21, 2016        MUSICK, PEELER & GARRETT LLP

16                              By: _____
17                                  Catherine M. Lee
                                    Attorneys for Defendants JPMorgan Chase Bank,
18                                  N.A. and Chex Systems, Inc.